**ADAMS, J.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **DANTZ,** | ) | **CASE NO.  5:04CV60** |
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) | **JUDGE JOHN R. ADAMS** |
| **v.** | ) |  |
|  | ) | **JUDGMENT ENTRY** |
| **APPLE AMERICAN GROUP LLC, et al.,** | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |
|  | ) |  |

For all of the reasons stated in the Court's Order on Defendant Apple American Group LLC's Motion for Reconsideration of the denial of its Motion to Stay Court Proceedings and/or Compel Arbitration, it is hereby ORDERED, ADJUDGED, and DECREED that: (1) Defendant's Motion for Reconsideration [Doc. 78] is GRANTED IN PART and to the extent that it asks the Court to compel arbitration of Plaintiff's claims, and (2) this action is DISMISSED and will not be stayed, because an arbitrator's decision would be final and binding.


IT IS SO ORDERED.


  April 18, 2005                              /s/ John R. Adams
Date                                    John R. Adams
                                        U.S. District Judge